**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: 877-206-4741
Facsimile: 866-633-0228

*Attorneys for Plaintiff,*
Rubith Hernandez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUBITH HERNANDEZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**COLLECTION BUREAU OF AMERICA, LTD.,**<br><br>Defendant. | **Case No.:** SACV13-1626 CJC (DFMx)<br><br>**NOTICE OF SETTLEMENT**<br><br>**HON. CORMAC J. CARNEY** |

///
///
///
///

**NOTICE OF SETTLEMENT**

1
2
3
4
5
6
7
8

**NOTICE IS HEREBY GIVEN** that the individual dispute between Plaintiff RUBITH HERNANDEZ ("Plaintiff") and Defendant COLLECTION BUREAU OF AMERICA, LTD. ("Defendant") has been resolved. The Parties anticipate filing a Joint Motion for Dismissal of Plaintiff's claims with Prejudice and without Prejudice as to the Putative Class Members within 60 days. Plaintiff requests that all pending dates and filing requirements with regard to Defendant be vacated and that the Court set a deadline on or after May 20, 2015 for filing a Joint Dismissal.

9
10
11  Dated: March 20, 2015                    **KAZEROUNI LAW GROUP, APC**
12
13                                           By: ____/s/ Matthew M. Loker___
                                                  MATTHEW M. LOKER, ESQ.
14                                                ATTORNEY FOR PLAINTIFF

15
16
17
18
19
20
21
22
23
24
25
26
27
28

**KAZEROUNI LAW GROUP, APC**
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626